

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 21 2002

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA, §
 §
 §
versus § Civil Action B-02-019
 §
 §
Lois A. Braxton §

CERTIFICATE OF INTERESTED PERSONS

The United States of America hereby files its Certificate of Interested Persons.

1. Plaintiff, the United States of America

2. Defendant, Lois A. Braxton

        Respectfully submitted

        BENNETT, WESTON & LaJONE, P.C.

By: _____
        J. Michael Weston
        Texas Bar No. 21232100
        SD Tex. No. 21538
        Attorney in Charge
        Charles I. Appler
        Texas Bar No. 00788995
        SD Tex. No. 23055
        1750 Valley View Lane, Suite 120
        Dallas, Texas 75234
        Telephone: (214) 691-1776
        FAX: (214) 373-6810
        Attorneys for the United States of America

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on defendant along with a copy of the Court's Order for Conference and Disclosure of Interested Parties by regular mail on this _15th_ day of _February_, 2002.

_____