④

*C A B - 0 2 - 19*

| RETURN OF SERVICE     USA v Lois A. Braxton     B-02-019 | |
|---|---|
| Service of the Summons and Complaint was made by ? | Date *4-8-2002* |
| NAME OF SERVER (PRINT) *ED H. FINK* | Title *PROCESS SERVER* |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served. *BUENA VIDA APARTMENTS, S. KANSAS CITY RD., APT. 134, LA FERIA, TX*

☐ Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left. _____

_____

United States District Court
Southern District of Texas
FILED

☐ Returned unexecuted: _____

APR 2 5 2002

Michael N. Milby
Clerk of Court

☐ Other (specify) : _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

### DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on *4-8-02*
Date

Signature of Server

*204 W. FERGUSON #108, PHARR, TX 78577*
Address of Server



DAVE C. ECKSTEIN
MY COMMISSION EXPIRES
February 10, 2006

SUBSCRIBED AND SWORN TO
ON THE _9_ DAY OF APR 2002

NOTARY PUBLIC