UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-02-019 |
| Lois A. Braxton | § | |

MOTION FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the United States of America moves for an entry of default against Lois A. Braxton who has not filed an answer or other responsive pleading in this cause.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: /s/
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

## Certificate of Service

I certify that a true copy of the Motion for Entry of Default, Entry of Default, Motion for Default Judgment, and the proposed Default Judgment was sent to Lois A. Braxton at 209 S. Kansas City Road Box 2145 La Feria, TX 78559, by (1) certified mail, return receipt requested, No. 7001 1940 0006 6785 5160, and (2) regular, first class mail on the 8th day of May, 2002.