/10

United States District Court
Southern District of Texas
ENTERED

JUN 28 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| VS | § | CIVIL ACTION NO. B-02-019 |
| LOIS A. BRAXTON | § | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A. The Magistrate Judge's Report and Recommendation s hereby ADOPTED;

B. Plaintiff's Motion for Default Judgment (Pleading No. 6) is hereby GRANTED; and

C. Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

**Debt 1:**

| | | | |
|---|---|---|---|
| 1. | Principal Balance as of April 28, 1999 | $ | 3,285.54 |
| 2. | Interest as of April 28, 1999 | $ | 3,169.88 |
| 3. | Administrative Fees, Costs, Penalties | $ | 0.00 |
| 4. | Attorney's Fees | $ | 500.00 |
| 5. | Pre-Judgment Interest Rate Per annum | | 9.13% |
| 6. | Daily Accrual: | $ | 0.82 |
| 7. | Balance Due After Credits (including attorney's fees) | $ | 6,955.42 |
| 8. | Post Judgment Interest equals _2.13_ % per annum | | |

**Debt 2:**

| | | | |
|---|---|---|---|
| 1. | Principal Balance of April 28, 1999 | $ | 5,791.54 |
| 2. | Interest of April 28, 1999 | $ | 5,124.56 |
| 3. | Administrative Fees, Costs, Penalties | $ | 0.00 |
| 4. | Attorney's Fees | $ | 500.00 |
| 5. | Pre-Judgment Interest Rate Per Annum | | 9.00% |
| 6. | Daily Accrual | $ | 1.43 |
| 7. | Balance Due After Credits (including attorney's fees) | $ | 11,416.10 |
| 8. | Post Judgment Interest equals _2.13_ % per annum | | |

DONE at Brownsville, Texas, this __27__ day of __June 2002__.

_____
Hilda G. Tagle
United States District Judge