United States District Court
Southern District of Texas
FILED

NOV 2 2 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| *versus* § | Civil Action B-02-019 |
| § | |
| Lois A. Braxton § | |

United States' Motion to Compel and for Sanctions

United States of America moves for an order compelling Lois A. Braxton ("Braxton") to respond to post-judgment discovery and awarding sanctions against Braxton

1. On September 24, 2004, the United States mailed its postjudgment discovery to Braxton, by certified mail, return receipt requested, and by first class mail. (Exhibit 1) The certified mail green card was returned signed.

2. Written demand for the responses was sent to Braxton by letter dated November 3, 2004. (Exhibit 2).

3. Braxton failed to respond to the discovery requests. The United States attempted to obtain responses from Braxton. The United States attempted to contact Braxton by telephone on October 26, 2004, November 4, 2004, and November 9, 2004.

4. The United States requests that the court order Braxton to respond to post-judgment discovery fully and completely, and award sanctions against Braxton pursuant to Rule 37 of the Federal Rules of Civil Procedure for failure to properly respond to the discovery. A reasonable attorney's fee is $200.00 for one hour for the efforts to obtain responses to the postjudgment discovery and to prepare this motion. Additional attorney's fees will be requested for preparing for and attending any hearing on this motion.

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on Lois A. Braxton at 209 S. Kansas City Road Box 2145, La Feria, TX 78559 by certified mail, return receipt requested, and regular mail on this ___16th___ day of ___November___ 2004.

_____