UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-02-019 |
| Lois A. Braxton | § | |

### POST-JUDGMENT DISCOVERY

TO:   Lois A. Braxton, ███████████████████, La Feria, TX 78559

The United States has a judgment against you. The Federal Rules of Civil Procedure require that you provide the requested information and produce the requested documents which relate to your financial affairs. Unless you have objections recognized by law, which you must describe fully, answer each of the attached questions (called Interrogatories) and produce all of the described documents for inspection and copying to the offices of BENNETT, WESTON & LaJONE, P.C., 1750 Valley View Lane, Suite 120, Dallas, Texas 7____

Failure to answer each interrogatory fully a_ documents are serious matters which will be broug_

**You are required to supply any updated** but need not supply answers or produce docume_



EXHIBIT __1__

failure to answer or produce the documents. For example, if you have no documents that are described in a written request, write "none" in the after the description.

### DEFINITIONS

4. "Document" means every writing or record of every type and description in your possession, custody or control.

5. "You," or "Your" refers to Lois A. Braxton, and, **IF YOU ARE MARRIED, THE TERM INCLUDES YOUR SPOUSE.**

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on defendant by certified mail (No. 7101 7596 0450 0000 4427) and regular mail on this 24th day of Sept., 2004.

_____

**EXHIBIT 1**

**BENNETT, WESTON & LaJONE, P.C.**
Attorneys and Counselors At Law
1750 Valley View Lane, Suite 120
Dallas, Texas 75234

(214) 691-1776                                                                Fax: (214) 373-6810

September 24, 2004

**PERSONAL AND CONFIDENTIAL**
Lois A. Braxton
[address redacted]
La Feria, TX 78559

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
NO. 7121 7596 04 50 1000 4427  **AND REGULAR MAIL**

    Re:    *United States of America v. Lois A. Braxton*, Civil Action B-02-019

    Enclosed is United States' Postjudgment Discovery served on you under the Federal Rules of Civil Procedure. The first two pages of the Post Judgment Discovery contain important instructions which you must read and follow carefully.

    You must respond fully and truthfully to the discovery requests within the time allowed. If you need additional time, please call us immediately.

    If you wish to settle this claim, please call us.

    **CONTACT YOUR ATTORNEY WITH ANY QUESTIONS ABOUT YOUR RIGHTS.**

                                            Yours very truly,

                                            J. Michael Weston /cwb

encl.

**WE COLLECT DEBTS FOR CLIENTS.**
**THIS IS AN ATTEMPT TO COLLECT A DEBT.**
**ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

EXHIBIT __1__