**BENNETT, WESTON & LaJONE, P.C.**
Attorneys and Counselors At Law
1750 Valley View Lane, Suite 120
Dallas, Texas 75234

(214) 691-1776                                                                                          Fax: (214) 373-6810

November 3, 2004

Lois A. Braxton
209 S. Kansas City Road Box 2145
La Feria, TX 78559

      Re:    **United States of America v. Lois A. Braxton**, No. B-02-019, Judgment dated: June 28, 2002

**YOU HAVE NOT RESPONDED TO THE POST JUDGMENT DISCOVERY
SERVED ON YOU.**

**You must immediately and completely respond to the post-judgment discovery. If you do not respond, we will ask that the United States District Court impose sanctions on you.**

**THIS IS A SERIOUS MATTER.**

**CONTACT YOUR ATTORNEY IMMEDIATELY.**

**IF YOU HAVE QUESTIONS OF US, CALL HELEN FABIAN AT EXTENSION 237.**

WE COLLECT DEBTS FOR CLIENTS.
THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Yours very truly,

J. MICHAEL WESTON

EXHIBIT 2