UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-02-019 |
| | § | |
| Lois A. Braxton | § | |

## Certificate of Conference

The undersigned certifies that his office has made good faith attempts to confer with Lois A. Braxton to obtain the discovery responses without court action.  However, the undersigned's office has been unsuccessful in obtaining the discovery responses from Lois A. Braxton.  A representative of the office called Lois A. Braxton and left a message on October 26, 2004, November 4, 2004, and November 9, 2004.  Lois A. Braxton has not responded to the discovery.

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas  75234
Telephone: (214) 691-1776
FAX:  (214) 373-6810
Attorneys for the United States of America