UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-02-019 |
| Lois A. Braxton | § | |

Order Compelling Discovery Responses and Awarding Sanctions

Lois A. Braxton must fully respond to the interrogatories and requests for production served upon Lois A. Braxton by the United States by January 3, 2005.

If Lois A. Braxton fails to comply with this order, Lois A. Braxton may be held in contempt.

The United States is awarded costs and attorney's fees of $200.00 against Lois A. Braxton. Costs and attorney's fees shall be paid to counsel for the United States by January 3, 2005.

SIGNED this _____ day of _____, 2004.

Lynn N. Hughes
United States District Judge