United States District Court
Southern District of Texas
ENTERED

APR 0 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-019 |
| | § | |
| LOIS A. BRAXTON, | § | |
| Defendant. | § | |

## ORDER

On November 22, 2004 the government filed a motion to compel discovery responses and for an award of sanctions in the above styled and numbered case (Docket No. 11). On November 29, 2004 the Court entered an order explicitly granting the government's motion to compel discovery responses but implicitly denying the request for sanctions (Docket No. 12). This order is to clarify that Lois A. Braxton must fully respond to the interrogatories and requests for production served upon her by the government. Because there may have been some confusion due to the language used in the order dated November 29, 2004 (Docket No. 11) Lois A. Braxton will be given extra time in which to enter her responses. She must do so, however, by June 5, 2005 or risk being held in contempt of court. The court would also like to clarify that the government's motion for sanctions was indeed denied. The clerk is therefore ORDERED to take such motion off the pending motions list.

DONE at Brownsville, Texas this 6th day of April, 2005.

Felix Recio
United States Magistrate Judge

**U.S. Postal Service**
**CERTIFIED MAIL   RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | |
| --- | --- | --- |
| Certified Fee | | Postmark Here |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Ms. Lois A Braxton
Street, Apt. No.: BUENA VISTA APTS., #134
City, State, ZIP+4: 100 S. Kansas City Road
La Feria, TX  78559
CA #02-19 (4/6/05 Order)

7003 0480 0006 5214 2076

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL   RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | |
| --- | --- | --- |
| Certified Fee | | Postmark Here |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Ms. Lois A Braxton
Street, Apt. No.: 209 S. Kansas City Road
City, State, ZIP+4: Box 2145
La Feria, TX  78559
CA #02-19 (4/6/05 Order)

7003 0480 0006 5214 2083

PS Form 3800, June 2002    See Reverse for Instructions